Commonwealth *v.* Shirk, Appellant.

Submitted March 8, 1971. *William H. Saye,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

Commonwealth *v.* Shuler, Appellant.

Submitted March 15, 1971. *Herman Weiner,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Smith, Appellant.

Argued March 22, 1971. *Robert W. Geigley,* for appellant; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.